UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHEILA JACOBS**                                                                                                    **PLAINTIFF**

v.                                          **CASE NO. 4:08-CV-03458 BSM**

**ALLSTATE INSURANCE CO., INC.**                                                            **DEFENDANT**

## ORDER

Before the court is plaintiff's motion for partial dismissal. Plaintiff moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss her claims of bad faith and punitive damages against defendant. Defendant does not object. Plaintiff's motion is granted. Plaintiff's bad faith and punitive damages claims are dismissed.

Accordingly, plaintiff's motion for partial dismissal (Doc. No. 7) is granted.

IT IS SO ORDERED this 20th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE