**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHEILA JACOBS**                                                    **PLAINTIFF**

**V.**                              **NO. 4:08-CV-03458-BSM**

**ALLSTATE INSURANCE COMPANY, INC.**                      **DEFENDANT**

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal [Doc. No. 21] stating that they have reached a settlement agreement. They agree this matter should be dismissed. As such, plaintiff's claims against defendant are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED on this the 9th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE