**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SHEILA JACOBS**                                                                 **PLAINTIFF**

V.                              NO. 4:08-CV-03458-BSM

**ALLSTATE INSURANCE COMPANY, INC.**                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED on this the 9th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE